Laura P. Worsinger, State Bar No. 51859
Lworsinger@dykema.com
Gregory K. Jones, State Bar No. 181072
Gjones@dykema.com
**DYKEMA GOSSETT LLP**
333 South Grand Avenue, Suite 2100
Los Angeles, California 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850

Attorneys for Defendant
Western Refrigerated Freight Systems, Inc.

Tali Shaddow, SBN 163644
tali@avilashaddow.com
Mark Steven Avila, SBN 169793
mark@avilashaddow.com
**AVILA & SHADDOW**
21800 Oxnard Street
Suite 1180
Woodland Hills, CA 91367
Phone: (818) 227-8610
Fax: (818) 337-7265

Attorneys for Plaintiff
Randy Rhoads

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| RANDY RHOADS,<br><br>    Plaintiff,<br><br>v.<br><br>WESTERN REFRIGERATED FREIGHT SYSTEMS, INC., an Arizona corporation and DOES 1 through 20, inclusive,<br><br>    Defendant. | Case No. 2:19-cv-05329 JFW (JPRx)<br><br>**ORDER**<br><br>Judge: Hon. John F. Walter<br>Courtroom: 7A<br><br>Complaint filed March 29, 2019 |

1
**[RE JOINT STIPULATION TO REMAND REMOVED ACTION**

# ORDER

Parties to the above-referenced action filed a Stipulation to Remand Removed Action. The Court having reviewed that stipulation and good cause appearing, orders as follows:

1. The Parties' stipulation is approved;
2. Central District of California case number 2:19-cv-05329 JFW (JPRx) styled RANDY RHOADS V. WESTERN REFRIGERATED FREIGHT SYSTEMS, INC. et al. is hereby remanded to Los Angeles County Superior Court.

IT IS SO ORDERED.

Dated: July 15, 2019

*/s/ John F. Walter*
HON. JOHN F. WALTER